UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on 5/20/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| In Re: Lancaster Mortgage Bankers, LLC | Case No.: 07-22479 <br> Hearing Date: 5/19/2008 |
| Peggy E. Stalford, Trustee <br><br> Plaintiff(s) <br> v. <br> Terwin Advisors, LLC, by Specialized Loan Servicing, LLC <br><br> Defendant(s) | Adv. No.: 08-01210 <br> Judge: Michael B. Kaplan |

**ORDER DENYING CROSS-MOTION FOR THE ENTRY OF AN ORDER**
RE: SUMMARY JUDGMENT

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: 5/20/2008**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____May 12_____, 20 _08_ by _Peggy E. Stalford, Trustee_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

*Approved by Judge Michael Kaplan May 20, 2008*